TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00711-CV

Pamalee Chambers, Appellant

v.

Greentree Apartments, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 251,376, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 Pamalee Chambers attempts to appeal from a judgment against her in a rent dispute
with the Greentree Apartments. Chambers filed a late notice of appeal, but timely filed a motion
for extension, which the Court granted. Pamalee Chambers v. Greentree Apartments, No. 3-00-711-CV (Tex. App.--Austin March 14, 2001) (not designated for publication). In that order, this
Court sustained the trial court's ruling that Chambers was not entitled to appeal as an indigent. 
Tex. R. App. P. 20. We informed Chambers, who has paid her appellate fees, that she must
make payment arrangements for the record or her appeal would be subject to dismissal. Tex. R.
App. P. 37.3, 42.3(b), (c).

 By letter of April 6, 2001, this County Clerk's office informed this Court (1) that
Chambers has neither paid for the clerk's record nor made payment arrangements. Accordingly,
we dismiss the appeal for want of prosecution. Tex. R. App. P. 37.3(b), 42.3(b), (c).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Appeal Dismissed for Want of Prosecution

Filed: April 26, 2001

Do Not Publish
1. The County Clerk's office sent copies to all parties as well.